Motion by Town of Haverstraw for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

---

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by Hon. Edwin J. Day, Rockland County Executive, for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

---

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by Village of Ossining for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

---

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by Builders Institute of Westchester and the Mid-Hudson Region, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

---

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014